UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DEREK TOMELLO,**

       **Plaintiff,**

  v.                                 **Civil Action 2:22-cv-1587**
                                         **Chief Judge Algenon L. Marbley**
**SYNEOS HEALTH COMMUNICATION,**     **Magistrate Judge Chelsey M. Vascura**
**INC.,**

       **Defendant.**

## ORDER

    This matter is before the Court on Defendant's Motion to File Document Under Seal. (ECF No. 5.) Defendant seeks leave to file under seal one exhibit in support of its Motion to Dismiss (ECF No. 6.) As grounds, Defendant represents that the exhibit "contains details regarding policy and procedure that are confidential and proprietary to the [Defendant]." (Mot. 2, ECF No. 5.)

    The Court may allow documents to be filed under seal to protect interests including "certain privacy rights of participants or third parties, trade secrets, and national security." *Brown & Williamson Tobacco Corp. v. F.T.C.*, 710 F.2d 1165, 1179 (6th Cir. 1983) (citations omitted). Here, the Court finds that the disclosure of confidential and proprietary information relating to Defendant's business could cause harm to the parties. Therefore, this information may be protected from public disclosure. Accordingly, Defendant's Motion is **GRANTED**, and Defendant may file its exhibit to its Motion to Dismiss **UNDER SEAL**.

However, the Court is mindful that sealing of documents should be narrowly tailored and no broader than necessary.  *See Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016).  Therefore, Defendant shall also, **WITHIN SEVEN DAYS** of filing its exhibit under seal, file a redacted version of the exhibit on the public docket, redacting only that information specifically concerning Defendant's confidential business information.

**IT IS SO ORDERED.**

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE